AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 13 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TIMOTHY A. BROWN ) | Case No: 4:09cr00033-002 |
| ) | USM No: 14447-084 |
| Date of Previous Judgment: 08/08/2013 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **94** months **is reduced to** **88 months***.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   23          Amended Offense Level:   21
Criminal History Category:   IV       Criminal History Category:   IV
Previous Guideline Range:   70 to 87 months   Amended Guideline Range:   57 to 71 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
* Defendant's sentence is reduced to 88 months, but not less than time served. Defendant's sentence consists of twenty-eight (28) months on Count One, and sixty (60) months on Count Two, which are to run consecutively. Defendant's Motion to Appoint Counsel [ECF No. 63] is DENIED.

Except as provided above, all provisions of the judgment dated  08/08/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4-13-15                         /s/ Jackson L. Kiser
                                              Judge's signature

Effective Date:   11/01/2015                  Hon. Jackson L. Kiser, Senior U.S. District Judge
(if different from order date)                Printed name and title